UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAAD SATTAR DAWOOD AL-ANBAGI,

Petitioner,

Case No. 1:26-cv-3226

v.

Honorable Jane M. Beckering

UNKNOWN PARTY et al.,

Respondents.

______________________________/

**ORDER**

On November 16, 2026, the Court issued an Order to Show Cause (ECF No. 4) ordering Respondents to "file a transcript, or if a transcript is not available, a recording, of the bond hearing before the Immigration Judge." (*Id.*, PageID.65 ¶ 4.) On November 18, 2026, Respondents filed their response in opposition (ECF No. 5) but did not file the transcript or recording of the bond hearing.

Accordingly,

**IT IS ORDERED** that on or before the third business day after entry of this Order, Respondents shall file a transcript, or if a transcript is not available, a recording, of the bond hearing before the Immigration Judge that is the subject of this action.

Dated: November 25, 2026

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge